| | AUSA: | Blake Hatlem | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Matthew Rummel | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | |
| v. | | |
| Armon Daniel | Case No. | 26-30319 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 29, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:

See attached affiavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Rummel, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 29, 2026__

_____
*Judge's signature*

City and state:  __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Rummel, being first duly sworn, hereby depose and state as follows:

## I.      INTRODUCTION AND BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since September 2014. I have a bachelor's degree in criminal justice. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator School and the ATF's Special Agent Basic Training School. Prior to joining ATF, I was employed, for approximately eight years, as a Parole Agent with the Michigan Department of Corrections. During that time, for approximately four years, I was assigned to a multi-jurisdictional task force comprised of federal, state, and local law enforcement agencies. Collectively, I have over 19 years of experience in law enforcement. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my

training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      Law enforcement, to include the ATF, is currently conducting a criminal investigation concerning Armon DANIEL, for violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun) and other state and federal crimes.

## II.    PROBABLE CAUSE

4.      The Bureau of Alcohol, Tobacco, Firearms and Explosives obtained records from Homeland Security Investigations pertaining to a website (WEBSITE 1) identified by HSI for unlawful trafficking of National Firearms Act (NFA) weapons, specifically MCDs, in violation of 18 U.S.C. § 922(o).

5.      HSI Detroit has obtained purchase orders[1] of suspected MCDs purchased from WEBSITE 1 containing customer information that listed shipping addresses in the Eastern District of Michigan.  During review of the obtained records, ATF and HSI identified at least one order placed in December 2025, believed to be

---

[1] In January 2026, Website 1 began providing HSI NE nearly real time MCD orders placed by United States customers from the Target Vendor. In turn, HSI NE provided this information to Customs and Border Protections National Targeting Center along with domestic shipping companies such as FedEx and UPS in order to intercept packages containing MCDs.  Since January 2026 and continuing through March 2026, Website 1 turned over approximately 180 orders from the Target Vendor destined for customers throughout the United States.  Of those, HSI NE was able to intercept 72 packages.  All of the packages that were intercepted were found to contain MCDs and/or FCUs.

made by Armon DANIEL and sent directly to his home located at 3392 Chelsea Circle, Ann Arbor, Michigan.

6.      Also in December 2025, the Detroit Police were dispatched to 8256 Roselawn Street regarding a report of a gunshot wound. Upon arrival, officers were flagged down by a separate victim who resided near the original caller. The victim stated that he was inside his residence at 8248 Roselawn Street asleep when he heard multiple gunshots being fired. The victim further advised officers that both his residence and vehicle sustained damage from the gunfire; however, he was not injured.

7.      Officers then made contact at the original 911 caller's address, located at 8256 Roselawn. Upon arrival, officers contacted the 911 caller, Ms. Latoya Gaines. Ms. Gaines had suffered a graze wound to her right thigh. Ms. Gaines advised officers that she and Mr. Willie Hearon were inside the residence lying down when they heard gunshots being fired. She further stated that, due to the gunfire sounding extremely close, she stood up and attempted to exit her bedroom. At that moment, she felt a burning sensation on her thigh and realized she had been grazed by a bullet. Officers also observed damage to multiple windows on the front side of the residence, including the bedroom and living room windows, as well as damage to an interior wall inside the home.

8.      Officers then asked Ms. Gaines whether she knew of anyone who would intentionally harm her. Ms. Gaines stated that her son, Tejion Pickett, and several associates were incarcerated in connection with a homicide that occurred in Ann Arbor, Michigan. She further advised that friends of the homicide victim had posted threatening messages on Instagram using the moniker "@Armizey." According to Ms. Gaines, the post stated, "We hit Roselawn again they kept on playing like we ain't stepping," and included an image of a 7.62 caliber Mini Draco-style firearm in the background.

9.      Ms. Gaines also stated that her son, Mr. Pickett, is currently incarcerated and that she did not have any additional identifying information regarding the suspects. She further advised officers that her residence had been shot at approximately two weeks earlier; however, she did not know the identities of the suspects involved in that incident.

10.     Investigators are also aware that a prior "shots fired" incident occurred on December 14, 2025, at approximately 11:48 a.m. near 8256 Roselawn, documented under Detroit Police report 2512140110. 911 callers reported that two black males, wearing all black clothing, were walking in the area carrying machine guns and shooting at homes. A subsequent caller stated she was afraid to speak with police because the suspects were watching her while officers were on scene.

4

11.     On December 29, 2025, investigators with the Detroit Police Department served Meta Platforms with a search warrant pertaining to the Instagram account operating under the moniker "@Armizey" which was the source of the threats.

12.     Investigators subsequently received records from Meta Platforms regarding the Instagram account "@Armizey." Review of the records identified the verified email address associated with the account as, danielarmon17@gmail.com and associated with telephone number 734-262-3135. A subsequent inquiry of law enforcement open-source databases revealed that the telephone number is associated with Armon DANIEL, DOB 10/22/2006. An inquiry of the Law Enforcement Information Network (LEIN) and National Crime Information Center (NCIC) further identified Armon Carleton DANIEL, DOB 10/22/2006, with a listed address of 3392 Chelsea Circle, Ann Arbor, Michigan.

13.     Investigators observed numerous references and photos attributing the user of the account as Armon DANIEL. Investigators also observed a photograph depicting an unknown individual holding a brown and black firearm while wearing red jogging pants inside a vehicle with a black leather interior. The image (see below) contained the caption, "We hit Roselawn again they kept on playing like we ain't stepping." Records indicated that the image was posted to the account's private story on December 19, 2025, at approximately 7:51 p.m. Based on my training,

5

experience, and knowledge of this investigation, the firearm depicted appeared consistent with a Mini Draco-style firearm capable of firing 7.62x39mm ammunition.



14.     While reviewing the Instagram account, investigators observed numerous photographs of DANIEL with several different firearms, firearms

equipped with machinegun conversion devices ("MCDs"), bags with dozens of loose MCDs, screen captures of firearm parts and accessories, and suspected narcotics.

15.    In one of the photos posted to DANIEL's account (see below) DANIEL is observed with what appears to be an AR style firearm in his waistband with a yellow magazine, with a distinctive blue oval decal. Another individual is observed standing to DANIEL's right, and also appears to have a firearm, with a drum magazine.



16.     Spent shell casings from the December Roselawn shootings were submitted into ATF's National Integrated Ballistic Information Network (NIBIN), which compares ballistic evidence (fired cartridge casings) against other recovered casings, including scene evidence from violent crimes.

17.     NIBIN generated investigative leads linking casings and subsequent firearm recoveries to at least five separate shootings in the Eastern District of Michigan; including a non-fatal drive-by shooting in Ann Arbor in December 2025, non-fatal shootings on Roselawn in Detroit in December 2025, and a non-fatal shooting in Ypsilanti in October 2024. Calibers included .556/ .223 caliber rounds.

18.     On May 28, 2026, I obtained a federal search warrant for 3392 Chelsea Circle, Ann Arbor, Michigan.

19.     On May 29, 2026, law enforcement to include the ATF, HSI, the Ann Arbor Police Department, and the Michigan State Police executed the federal search warrant at 3392 Chelsea Circle, Ann Arbor, Michigan.

20.     Agents encountered Armon DANIEL, his mother Chante Wingard, and her sixteen-year-old son.

21.     During the search of the residence, investigators recovered a stolen firearm (Anderson Manufacturing, Model AM-15, 5.56 caliber AR style pistol bearing serial number 24127014), located in the northeast bedroom, on the bed. The AR style firearm was partially separated so that the upper and lower receiver, and

9

the fire control group (internal parts) were exposed. Next to the firearm was a Machinegun Conversion Device (MCD), and a yellow magazine - with a distinctive blue oval decal, loaded with 30 live rounds of .556 ammunition. The magazine (pictured below) appears identical to the magazine observed on DANIEL's person in the photo described above.



10



22.     An MCD is an aftermarket device designed to convert a firearm from a semi-automatic firearm to a fully automatic firearm.

23.     Additionally, investigators recovered several additional rounds of 5.56/ .223 ammunition, a drum magazine loaded with 40 rounds, and proof of residency for DANIEL in the SE bedroom.

24.     I conducted a custodial interview of Armon DANIEL during the search warrant. The interview was recorded. I advised DANIEL of his *Miranda* rights and DANIEL waived his rights and agreed to answer questions. During the interview, DANIEL stated that he had been living at the residence for approximately a year and admitted to possessing ammunition, stating he had a "fascination" with ammunition and collected it. DANIEL also admitted that "@Armizey" was his Instagram account. DANIEL denied ever possessing firearms. When confronted with evidence that his account had pictures of his possessing firearms, he stated he no longer wanted to answer any questions.

**25.**     Firearms defined under the National Firearms Act (NFA) require registration in the National Firearms Registration and Transfer Record (NFRTR).  In addition, people, and entities manufacturing, importing, or dealing in NFA Weapons are subjected to the payment of a Special Occupational Tax (SOT).

**26.**     The National Firearms Act (NFA) includes machine guns in the definition of a "firearm." 26 U.S.C. § 5845(a). The NFA, in turn, defines a machinegun as:

27.     Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.  26 U.S.C. § 5845(b).

28.     A machinegun conversion device (MCD) or "Auto Sear" - is an aftermarket device consisting of a part, or combination of parts, designed and intended for use in converting a semiautomatic firearm into a machinegun; therefore, it is also a "machinegun" under the NFA.

29.     A MCD allows a firearm to fire more than one projectile with a single pull of the trigger.

**30.**     Pursuant to ATF rulings and regulations, a MCD in and of themselves have been classified as machineguns pursuant to the definition appearing in 26 U.S.C. § 5845(b).

31.     Further, the Gun Control Act, incorporated in 18 U.S.C. § 922(o), prohibits the transfer or possession of a machinegun manufactured after May 19, 1986.  ATF is not aware of any MCD conversion devices that were developed before

13

May 19, 1986. Therefore, they may only be lawfully possessed by properly licensed Federal Firearms licensees who have paid the appropriate Special Occupational Tax required of those manufacturing, importing, or dealing in NFA Weapons under the authority of the United States and any department or agency thereof or a State or a department, agency, or political subdivision thereof. 18 U.S.C. § 922(o). DANIEL does not possess a valid Federal Firearm license, and as a result, any possession by DANIEL of an MCD would be prohibited by law.

### III.   CONCLUSION

32.   Probable cause exists to believe that on May 29, 2026, Armon DANIEL knowingly possessed a machinegun conversion device in violation of Title 18 U.S.C. Section 922(o). Such violation occurring within the Eastern District of Michigan.

_____
Matthew Rummel, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. David R. Grand
United States Magistrate Judge

Dated:   May 29, 2026

14